Filing # 67156528 E-Filed 01/29/2018 09:23:58 AM

IN THE CIRCUIT COURT, SEVENTH JUDICIAL CIRCUIT IN AND FOR VOLUSIA COUNTY, FLORIDA

CASE NO.:

MICHAEL SHERWOOD

    Plaintiff,

-vs-

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

    The Plaintiff, MICHAEL SHERWOOD, by and through undersigned counsel, files this Complaint against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (STATE FARM) and alleges as follows:

    1.    This is an action for damages in excess of $15,000.00, exclusive of attorney fees and cost and is therefor within the subject matter jurisdiction of this court.

    2.    That at all times material hereto, the Plaintiff was a resident of Volusia County, Florida.

    3.    That at all times material hereto, the Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY was/is a foreign corporation with its principal office in Bloomfield, Illinois. STATE FARM is authorized to conduct business in the State of Florida and is engaged in the business of issuing automobile policies of insurance, amongst others lines of insurance.



[7776102/1]

2018 10127 CIDL

4. The insurance contract at issue herein was/is delivered in the County of Volusia, State of Florida, and has allegedly been breached there as well.

5. That the collision giving rise to this action occurred on July 16, 2017, in Volusia County, Florida, at or about the intersection of Alabama & Maryland Avenue.

6. That on or about July 16, 2017, Plaintiff was involved in a motor vehicle accident with an underinsured motorist as defined by Florida Law and the policy of insurance at issue herein.

7. The underinsured motoruist owed a duty to operate their motor vehicle with reasonable care and breached that duty by failing to keep a proper look out, failing to obey the traffic control device at the above intersection, failed to maintain control of their vehicle and failed to avoid a collision with the plaintiff's motor vehicle.

8. As a result, Plaintiff, MICHAEL SHERWOOD, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff has sustained permanent injuries within a reasonable degree of medical probability.

9. At all times pertinent Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, issued a contract of automobile insurance to the Plaintiff which provided for coverage for damages caused by an uninsured or underinsured motorist. The policy number of the contract at issue is D324418 A02 59C, and provided uninsured motorist benefits

of $100,000.00. The Plaintiff is not in possession of a copy of the policy, but the same will be produced and filed in discovery.

10. Contractually Defendant, STATE FARM, is responsible to pay the Plaintiff all damages caused by the underinsured motorist. Demand has been made on Defendant and Defendant, STATE FARM refuses to pay the benefits due.

WHEREFORE, Plaintiff, MICHAEL SHERWOOD, demands judgment for damages and costs against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and a trial by jury of all issues herein.

FARAH & FARAH, P.A.

_____
David Kerce
Florida Bar No.: 902373
940 Beville Road
Daytona Beach, FL 32114
Direct- 904-513-5770
Fax- 904-380-3765
dkerce@farahandfarah.com
jmounts@farahandfarah.com
Attorneys for Plaintiff

[7776102/1]